THE LONG DOCK COMPANY, appellants,

*v.*

MARGARET E. BENTLEY, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Long Dock Co.* v. *Bentley, 9 Stew. Eq. 15.*

*Messrs. C. & R. W. Parker,* for appellants.

*Mr. A. Zabriskie,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the chancellor.